# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEITH EDWARDS, <br><br> Plaintiff, <br><br> v. <br><br> NEW JERSEY HUMAN SERVICES, et al., <br><br> Defendants. | Civil Action No. 12-cv-05524 (PGS) <br><br> **ORDER** |

A Report and Recommendation was filed on April 18, 2013 recommending that this Court dismiss Plaintiff's complaint without prejudice pursuant to Fed R. Civ. P. 41(b) and Local Civil Rule 41.1(a). The parties were given notice that they had fourteen days from receipt thereof to file and serve objections pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation de novo, and good cause appearing;

It is, on this 12th day of June, 2013;

**ORDERED** that the Report and Recommendation of Magistrate Judge Douglas E. Arpert at docket entry 9 is hereby adopted as the opinion of the Court; and it is further

**ORDERED** that, for the reasons set forth in the Report and Recommendation, Plaintiff's complaint is dismissed without prejudice

_____
PETER G. SHERIDAN, U.S.D.J.